# Order

Michigan Supreme Court
Lansing, Michigan

October 26, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152680

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

STEVEN EDWARD SHERBURNE,
     Defendant-Appellant.

SC: 152680
COA: 329174
Shiawassee CC: 14-006468-FC;
14-006469-FH

_____/

On order of the Court, the application for leave to appeal the October 14, 2015 order of the Court of Appeals is considered, and it appearing to this Court that the cases of *People v Steanhouse* (Docket No. 152849) and *People v Masroor* (Docket Nos. 152946-8) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2016



Clerk

a1017